IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JULIAN ABREU,<br>Defendant | **INDICTMENT**<br><br>CRIMINAL NO. 25-193(FAB)<br><br>VIOLATION:<br>8 U.S.C. §§ 1326(a) & (b)(2)<br>(ONE COUNT) |

THE GRAND JURY CHARGES:

**COUNT ONE**
**Re-entry of Removed Alien**
(Title 8, *United States Code*, Section 1326(a) & (b)(2))

On or about March 19, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**JULIAN ABREU,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States after an aggravated felony conviction, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of the Department of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Sections 1326(a) and (b)(2).

W. STEPHEN MULDROW
United States Attorney

_____
Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

_____
Madeline M. Mas Saavedra
Assistant United States Attorney

TRUE BILL

Foreperson
Dated: Apr/10/2025