## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
                *Plaintiff*,

                                                    CRIMINAL CASE NO. 25-193 (FAB)

        vs.

JULIAN ABREU,

                *Defendant*.

### MOTION TO RESTRICT DOCUMENT NUMBER 19

COMES NOW, the Defendant Julian Abreu, by and through his court appointed counsel, very respectfully states as follows:

1. On April 30, 2025, together with the filing of this Motion to Restrict, the Defendant filed a motion related to the above captioned case.

2. The Defendant respectfully requests that the Motion be accepted by the Court for filing with the following level of restriction:

    *Selected Parties: only the Defendant filing the motion, the United States Attorney and the Court personnel will have access to the motion.*

3. The requested level of restriction is necessary to prevent disclosure of sensitive information. As more fully set forth in the requested application, the protection of *"Selected Parties"* outweighs the presumption of public access.

**WHEREFORE**, it is respectfully requested the Court accept and file the Motion under the requested restriction level, and that an order be issued directing it to remain under such restriction level until further order of the Court.

**I CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. Notification of this filing will be sent to the parties of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, April 30, 2025.

**RACHEL BRILL**
**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF PUERTO RICO**

S/Yasmin Irizarry
YASMIN IRIZARRY
USDC-213505
A.F.P.D. for Defendant
241 Franklin D. Roosevelt Avenue
Hato Rey, PR  00918-2441
Tel. (787) 281-4922 / Fax (787) 281-4899
E-mail: yasmin_irizarry@fd.org